## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

ADILYA MAMEDOVA,

              Plaintiff(s),

-against-

COLLECTO, INC., D/B/A EOS CCA, and
JOHN DOES 1-25,

              Defendant(s).

Civil Case No.: 2:19-cv-07342

**NOTICE OF SETTLEMENT**

       Please be advised that the above-captioned matter has been settled and a Notice of Voluntary Dismissal will be filed shortly.

Dated: April 15, 2019

              */s/ Joseph K. Jones*
              Joseph K. Jones, Esq.
              JONES, WOLF & KAPASI, LLC
              One Grand Central Place
              60 East 42nd Street, 46th Floor
              New York, New York 10165
              (646) 459 7971 telephone
              (646) 459 7973 facsimile
              jkj@legaljones.com

              *Attorneys for Plaintiffs*